This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

    Plaintiff-Appellant,

**v.**                                                  **No. 30,261**

**OSCAR H.,**

    Child-Appellee.

**APPEAL FROM THE DISTRICT COURT OF CURRY COUNTY**
**Robert S. Orlik, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
M. Victoria Wilson
Albuquerque, NM

for Appellant

Hugh W. Dangler, Chief Public Defender
Oscar Hernandez, Assistant Appellate Defender
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**SUTIN, Judge.**

The State appeals the district court's order dismissing with prejudice a delinquency petition alleging that Child committed assault on a peace officer and aggravated battery on a peace officer. We issued a notice of proposed summary disposition, proposing to affirm. According to the response filed by the State, the State does not oppose the proposed summary disposition. Based on the State's response, and for the reasons in the notice of proposed summary disposition, we affirm the order of dismissal.

**IT IS SO ORDERED.**

_____

**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**CELIA FOY CASTILLO, Judge**